# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KELLY PERRY                                                                                    PLAINTIFF

V.                              NO. 3:16CV00061-JTR

CAROLYN W. COLVIN,                                                                  DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

Plaintiff's Unopposed Motion for Extension of Time, *Doc. 13*, is GRANTED.

Plaintiff's Brief is due on or before July 25, 2016.

DATED this 24th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE