# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KELLY PERRY                                                                                      PLAINTIFF

V.                                            NO. 3:16CV00061-JTR

CAROLYN W. COLVIN,                                                                   DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

Plaintiff, Kelly Perry, seeks judicial review of the administrative denial of her claim for Disability Insurance Benefits. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). *Doc. 18*. The Motion states that Perry's counsel was contacted and has no objection to the requested remand. *Id. at 2*. Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand, *Doc. 18*, is GRANTED. The Commissioner's prior decision is REVERSED and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 22nd day of September, 2016.

                                        */s/ J. Thomas Ray*
                                      UNITED STATES MAGISTRATE JUDGE