**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KELLY PERRY                                                                                    PLAINTIFF

V.                                         NO. 3:16CV00061-JTR

CAROLYN W. COLVIN,                                                                  DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Kelly Perry, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 22nd day of September, 2016.

*/s/ J. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE