UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KELLY PERRY                                                                                            PLAINTIFF

V.                                        NO. 3:16CV00061-JTR

NANCY BERRYHILL,[1]                                                                          DEFENDANT
Acting Commissioner,
Social Security Administration

## ORDER

Pending before the Court is Plaintiff's motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[2] *Doc. 21*. The Commissioner has not responded.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total payment of $2,252.62, consisting of: (1) 9.10 hours of attorney work in 2016 at the adjusted hourly rate of $193.00 ($1,756.30); (2) 6.35 hours of paralegal work at the hourly rate of $75.00 ($476.25); and (3) $20.07 in expenses.

The Court concludes that Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA, and that the amount requested is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees and Expenses Pursuant to the EAJA, *Doc. 21*, is GRANTED.

---

[1] Berryhill is now the Acting Commissioner of Social Security and is automatically substituted as Defendant pursuant to Fed. R. Civ. P. 25(d).

[2] On September 22, 2016, the Court entered an Order and Judgment reversing the Commissioner's decision and remanding this case for further administrative proceedings. *Docs. 19, 20*.

IT IS FURTHER ORDERED that Plaintiff is awarded $2,252.62 in attorney's fees and expenses under the EAJA.[3]

DATED this 14th day of February, 2017.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

---

[3] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.